**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-2089**

MILTON H. WHITAKER,

                                    Plaintiff - Appellant,

        versus

DEPARTMENT OF VETERANS AFFAIRS; D. S. UMLAUF,
VA Service Center Manager, Roanoke Regional
Office,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (CA-02-1010-7)

Submitted:  December 16, 2002      Decided:  December 19, 2002

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Milton H. Whitaker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton H. Whitaker appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Whitaker v. Department of Veterans Affairs</u>, No. CA-02-1010-7 (W.D. Va. Sept. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>